72 F.3d 125
 Carmen Woods
v.
David S. Owens, Robert Freeman, Superintendent Beard, Deputy
Superintendent Henry, Lt. Deputy Superintendent Smith, Lt.
Orwig, Lt. Miller, Sergeant Nichols, Sergeant Samisini,
Correction Officer Inriquez, Correction Officer Williams,
Four John Doe Correction Officers, Two John Doe State
Troopers, Joseph Miller, Sergeant, Correction Officer
Norton, J.F. Mazurkiewicz, Superintendent, Sergeant Smith
 NO. 94-7702
 United States Court of Appeals,
Third Circuit.
 Nov 07, 1995
 
 Appeal From: M.D.Pa., No. 90-cv-00254,
 Rambo, J.
 
 
 1
 AFFIRMED.